UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **1:13-11067 LTS**

**ROBERT HARTWELL FISKE**
Plaintiff

v.

**ENHANCED RECOVERY CO. LLC**
Defendant

## VOLUNTARY  ORDER OF DISMISSAL& CLOSING ORDER

SOROKIN, M.J.

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party.

By the Court,

 /s/ Maria Simeone
Courtroom Deputy Clerk
The Honorable Leo T. Sorokin

To: All Counsel